NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SYLVITE SOUTHEAST, LLC, n/k/a )
SYLVITE, LLC, a Florida Limited Liability )
Company, )
           )
           Petitioner, )
           )
v. )      Case No. 2D18-3635
           )
URALKALI TRADING, S.A., a foreign )
entity, and URALKALI TRADING, SIA, )
LLC, a foreign entity, )
           )
           Respondent. )
_____)

Opinion filed June 14, 2019.

Petition for Writ of Certiorari to the
Circuit Court for Polk County; Catherine L.
Combee, Judge.

Robert E. Johnson of GrayRobinson, P.A.,
Tampa, for Petitioner.

Jean Marie Henne of Jean M. Henne, P.A.,
Winter Haven, for Respondent.

PER CURIAM.

       Denied.

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.